# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 19-30353 |
| | ) | Chapter 7 |
| Jamie Harrington, | ) | |
| Darielle Harrington, | ) | **NOTICE AND MOTION FOR** |
| | ) | **APPROVAL OF SALE AGREEMENT** |
| Debtors. | ) | |
| | ) | |

    Gene W. Doeling, the bankruptcy trustee in this case, respectfully requests that the Court approve a Sale Agreement entered into with Jamie and Darielle Harrington, dated September 10, 2019.  The Sale Agreement, in essential part, provides as follows:

    In the bankruptcy schedules, the debtors sought to exempt a 2018 Polaris Outlaw 4-wheeler and a 2004 Honda Tax F-12 Jet Ski as motor vehicles exempt under NDCC 28-22-03.1(2) and the trustee has indicated his intent to object to those exemption claims.

    Rather than incur the cost and uncertainty of litigating this issue, the debtors agree to withdraw any exemption in the 2004 Honda Tax F-12 Jet Ski and turn that asset over to the bankruptcy estate in exchange for the estate not filing an objection to the debtors' exemption claim in the 2018 Polaris Outlaw 4-wheeler.

    The debtors also agree to turn over to the bankruptcy estate $314.16 in nonexempt cash from the American Bank Center bank account and a 2007 Ski Doo MXZ 500 snowmobile which is also nonexempt.

    A copy of the Sale Agreement may be obtained by contacting the bankruptcy trustee.  The bankruptcy estate will not incur a tax consequence as a result of this transaction.

**NOTICE OF MOTION:** Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave. | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | below) |

DATED:  September 11, 2019    /s/ Gene W. Doeling
    Bankruptcy Trustee
    P.O. Box 9231
    Fargo, ND 58106
    (701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE: JAMIE HARRINGTON
DARIELLE HARRINGTON

CASE NO: 19-30353

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7

On 9/11/2019, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Sale Agreement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/11/2019

/s/ Gene W. Doeling
Gene W. Doeling  05078
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103
701 232 8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE: JAMIE HARRINGTON
DARIELLE HARRINGTON

CASE NO: 19-30353

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 9/11/2019, a copy of the following documents, described below,

Notice and Motion for Approval of Sale Agreement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/11/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gene W. Doeling
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>08683<br>CASE 19-30353<br>DISTRICT OF NORTH DAKOTA<br>FARGO<br>WED SEP 11 11-45-19 CDT 2019 | BNC NATIONAL BANK<br>322 E MAIN<br>BISMARCK ND 58501-4010 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| DEPARTMENT OF THE TREASURY<br>15TH   PENNSYLVANIA<br>WASHINGTON DC 20222-0001 | ~~EXCLUDE~~<br>~~GENE W DOELING~~<br>~~BANKRUPTCY TRUSTEE~~<br>~~3429 INTERSTATE BLVD S~~<br>~~PO BOX 9231~~<br>~~FARGO ND 58106-9231~~ | ~~EXCLUDE~~<br>~~ROSS H ESPESETH~~<br>~~BORMANN MYERCHIN ESPESETH  EDISON LLP~~<br>~~CITY CENTER PLAZA SUITE 240~~<br>~~418 EAST BROADWAY AVENUE~~<br>~~PO BOX 995~~<br>~~BISMARCK ND 50502-0995~~ |
| FIRST COMMUNITY CREDIT UNION<br>PO BOX 2075<br>JAMESTOWN ND 58402-2075 | FIRST INTERNATIONAL BANK  TRUST<br>PO BOX 1240<br>MINOT ND 58702-1240 | FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| DARIELLE JEANETTE HARRINGTON<br>8500 BURNT CREEK ISLAND ROAD<br>BISMARCK ND 58503-9239 | DEBTOR<br>JAMIE STEVEN HARRINGTON<br>8500 BURNT CREEK ISLAND ROAD<br>BISMARCK ND 58503-9239 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| NATIONAL FUNDING<br>9820 TOWNE CENTRE DRIVE<br>SAN DIEGO CA 92121-1944 | NISSAN MORTOR ACCEPTANCE CORPORATION<br>BANKRUPTCY DEPARTMENT<br>PO BOX 660366<br>DALLAS TX 75266-0366 | BRIAN J PORTER<br>HALLIDAY WATKINS  MANN<br>376 EAST 400 SOUTH STE 300<br>SALT LAKE CITY UT 84111-2906 |
| ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 | SCHEELS VISA<br>PO BOX 3331<br>OMAHA NE 68103-0331 | SECURITIES  EXCHANGE COMMISSION<br>175 W JACKSON BLVD<br>CHICAGO IL 60604-2908 |
| SYNCHRONY BANK<br>PO BOX 965048<br>ORLANDO FL 32896-5048 | US ATTORNEY<br>655 FIRST AVENUE NORTH SUITE 250<br>FARGO ND 58102-4932 | US BANK<br>3318 N 14TH ST<br>BISMARCK ND 58503-1614 |
| US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | | |