## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 19-30353 |
| | ) | Chapter 7 |
| Jamie Harrington, | ) | |
| Darielle Harrington, | ) | **NOTICE AND MOTION FOR** |
| | ) | **APPROVAL OF SALE OF PROPERTY** |
| Debtors. | ) | |
| | ) | |

Gene W. Doeling, the bankruptcy trustee in this case, requests that the Court approve the online auction sale of assets as described below, to be conducted by Helbling Auctioneers on www.k-bid.com.

1. 2004 Honda Tax F-12 Jet Ski;
2. 2007 Ski Doo MXZ500 snowmobile.

The auction shall run for a period of 14 days, beginning November 26, 2019 and ending on December 10, 2019.  The application to employ Helbling Auctioneers has been filed with the court with the following terms and conditions:  15% commission on the gross sales price, plus $400 to pick up the items which are located in Bismarck, ND and take them to the auction location and out of pocket costs for minor repairs, a 13% K-Bid buyer's premium with a cap at $1,000 per item sold, and a $35 documentation fee on the title work.  The assets are to be sold AS IS AND WHERE IS, with no warranties or representations.  The trustee requests that he be authorized to pay these fees immediately upon completion of the sale.

The bankruptcy estate has determined that there will be no adverse tax consequences to the bankruptcy estate as a result of this sale.

**NOTICE OF MOTION:** Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  Any objections to this motion must be made within 21 days of this date with an original filed with the Clerk of Bankruptcy Court and copies served upon the Bankruptcy Trustee and United States Trustee at the addresses stated below.  Failure to timely respond to this motion will be deemed a waiver of any objections and the Court will grant such relief as it deems appropriate.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court<br>Quentin N. Burdick U.S. Courthouse<br>655 First Ave. N. – Suite 210<br>Fargo, ND 58107-4932 | United States Trustee<br>314 South Main Ave.<br>Suite 303<br>Sioux Falls, SD 57104-6462 | Trustee<br>(See address below) |

DATE OF MAILING: October 30, 2019    /s/ Gene W. Doeling
Gene W. Doeling
Bankruptcy Trustee
P.O. Box 9231
Fargo, ND 58106
(701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:  JAMIE HARRINGTON<br>        DARIELLE HARRINGTON | CASE NO: 19-30353<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 10/30/2019, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Sale of Property

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/30/2019

/s/ Gene W. Doeling
Gene W. Doeling  05078
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103
701 232 8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE: JAMIE HARRINGTON
DARIELLE HARRINGTON

CASE NO: 19-30353

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 10/30/2019, a copy of the following documents, described below,

Notice and Motion for Approval of Sale of Property

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/30/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gene W. Doeling
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND  58103

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                           BNC NATIONAL BANK                   BANK OF AMERICA
 LABEL MATRIX FOR LOCAL NOTICING    322 E MAIN                          PO BOX 982238
08683                               BISMARCK ND 58501-4010              EL PASO TX 79998-2238
CASE 19-30353
DISTRICT OF NORTH DAKOTA
FARGO
WED OCT 30 13-33-43 CDT 2019


DEPARTMENT OF THE TREASURY          EXCLUDE                             EXCLUDE
15TH   PENNSYLVANIA                 GENE W DOELING                      ROSS H ESPESETH
WASHINGTON DC 20222-0001            BANKRUPTCY TRUSTEE                  BORMANN MYERCHIN ESPESETH  EDISON LLP
                                    3429 INTERSTATE BLVD S              CITY CENTER PLAZA SUITE 240
                                    PO BOX 9231                         410 EAST BROADWAY AVENUE
                                    FARGO ND 58106-9231                 PO BOX 995
                                                                        BISMARCK ND 50502-0995


FIRST COMMUNITY CREDIT UNION        FIRST INTERNATIONAL BANK  TRUST     FIRST NATIONAL BANK OF OMAHA
PO BOX 2075                         PO BOX 1240                         1620 DODGE STREET STOP CODE 3105
JAMESTOWN ND 58402-2075             MINOT ND 58702-1240                 OMAHA NE 68197-0002


FORD MOTOR CREDIT COMPANY           DARIELLE JEANETTE HARRINGTON        DEBTOR
P O BOX 62180                       8500 BURNT CREEK ISLAND ROAD        JAMIE STEVEN HARRINGTON
COLORADO SPRINGS CO 80962-2180      BISMARCK ND 58503-9239              8500 BURNT CREEK ISLAND ROAD
                                                                        BISMARCK ND 58503-9239


INTERNAL REVENUE SERVICE            NATIONAL FUNDING                    NISSAN MORTOR ACCEPTANCE CORPORATION
PO BOX 7346                         9820 TOWNE CENTRE DRIVE             BANKRUPTCY DEPARTMENT
PHILADELPHIA PA 19101-7346          SAN DIEGO CA 92121-1944             PO BOX 660366
                                                                        DALLAS TX 75266-0366


BRIAN J PORTER                      ROBERT B RASCHKE                    SCHEELS VISA
HALLIDAY WATKINS  MANN              ASSISTANT US TRUSTEE                PO BOX 3331
376 EAST 400 SOUTH STE 300          SUITE 1015 US COURTHOUSE            OMAHA NE 68103-0331
SALT LAKE CITY UT 84111-2906        300 SOUTH FOURTH STREET
                                    MINNEAPOLIS MN 55415-1320


SECURITIES  EXCHANGE COMMISSION     SYNCHRONY BANK                      MICHAEL M THOMAS
175 W JACKSON BLVD                  PO BOX 965048                       CONMY FESTE LTD
CHICAGO IL 60604-2908               ORLANDO FL 32896-5048               PO BOX 2686
                                                                        FARGO ND 58108-2686


US ATTORNEY                         US BANK                             US BANK
655 FIRST AVENUE NORTH SUITE 250    3318 N 14TH ST                      PO BOX 5229
FARGO ND 58102-4932                 BISMARCK ND 58503-1614              CINCINNATI OH 45201-5229
```